# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEANNE MELISSA RANDALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-CV-367-JHP |
| | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| | ) |
| Defendant. | ) |

# **JUDGMENT**

Pursuant to the Order entered this 27th day of March, 2013, the Court enters judgment for the defendant, Life Insurance Company of North America and against the plaintiff, Jeanne Melissa Randall, and the plaintiff recovers nothing.

**IT IS SO ORDERED** this 27th day of March, 2013.

James H. Payne
United States District Judge
Eastern District of Oklahoma